IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK EDWARD KORCZYK,

    Plaintiff,

v.                                                      CASE NO. 1:07-cv-00101-MP-AK

DAVID P. TURNER, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to state a claim upon which relief may be granted. The Magistrate Judge filed the Report and Recommendation on Monday, March 24, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In this case, Plaintiff seeks to brings a claim against the various Defendants for coming onto his property to retrieve a vehicle Plaintiff was holding until his son received a pay check. The vehicle did not belong to the Plaintiff, but rather was driven by his son and owned by his son's employer, Defendant Dwayne Colson. Allegedly, the son received a paycheck from Defendant Colson on an account with insufficient funds, which caused Plaintiff's account to be overdrawn, resulting in over $600.00 in fees. Plaintiff states that he intended to hold the company vehicle on his property until Mr. Colson covered the costs of the "bounced" check. Instead, Defendant Colson contacted the police and reported the vehicle as stolen, causing the

other Defendants to enter the property and recover the vehicle.

Plaintiff argues in his objections that the Defendants generally violated his civil rights by coming onto his property without a search warrant and accusing him of a crime. The Court agrees with the Magistrate that there are no "rights" violated by any of the actions alleged in the complaint, and that the complaint fails to state a claim. Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Plaintiff's amended complaint, Doc. 12, is DISMISSED for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this   *2nd* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge