IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK EDWARD KORCZYK,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00101-MP-AK

DAVID P. TURNER, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Second Motion for Reconsideration, filed by Plaintiff Korczyk. In his motion, Plaintiff again seeks reconsideration of the order adopting the Magistrate Judge's Report and Recommendation, which dismissed this case for failure to state a claim. Plaintiff merely reargues the same grounds that he has presented in several previous filings. Because these grounds have been repeatedly rejected, the Court finds no reason to reconsider its order. Therefore, the second motion for reconsideration is denied.

    **DONE AND ORDERED** this *16th* day of June, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge